IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

HERMAN JACKSON, JR.                                                                    PLAINTIFF

V.                                                                               NO. 2:07CV214-P-D

OTHA LEE HUNTER                                                                       DEFENDANT

## FINAL JUDGMENT

In accordance with the memorandum opinion issued this day, it is ORDERED:

1) the Defendant's motion for summary judgment (docket entry 44) is GRANTED;

2) the Plaintiff's complaint is DISMISSED;

3) this case is CLOSED.

IT IS SO ORDERED.

THIS the 22nd day of September, 2009.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE